

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00202-CV

Larry **DONAHO** and LTD. Exploration, Inc.,
Appellants

v.

**BOWDEN FORD LINCOLN MERCURY, INC.**, Ryan Construction Services, LLC, Annette
Griggs, Individually and As Representative of the Estate of Donald Ray Griggs, Individually and
d/b/a Ideal Constructions Services, and Berkley National Insurance Company,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-01-51841
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION.

We order that appellants Larry Donaho and LTD. Exploration, Inc. bear all costs of this
appeal.

SIGNED May 7, 2014.

Marialyn Barnard, Justice